UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK EASTERN ENTERPRISES, INC., HRB ROYALTY, INC., H&R BLOCK ENTERPRISES, INC. AND H&R BLOCK AND ASSOC., L.P.<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, INC.<br>Defendant. | Case No. 06-0039-CV-W-SOW |

## ORDER GRANTING
## TEMPORARY RESTRAINING ORDER

**THIS MATTER** is before the Court on the motion of Plaintiffs H&R Block Eastern Enterprises, Inc., HRB Royalty, Inc., H&R Block Enterprises, Inc. and H&R Block and Associates, L.P. ("Plaintiffs") filed January 13, 2006, requesting entry of a temporary restraining order. Upon reviewing the pleadings, briefs, evidence and exhibits submitted by the parties and considering the arguments made by counsel and for good cause shown, the Plaintiffs' Motion for Temporary Restraining Order is hereby **GRANTED** in part. The Court hereby Orders as follows:

1. Defendant Intuit, Inc. is hereby enjoined and restrained as follows:

   Defendant is enjoined from directly or indirectly using in advertising the H&R Block name.

2. The Order is effective upon the filing of a bond of good and sufficient surety in the amount of $100,000.

3. Absent further Order of this Court, this Order shall remain in effect through and until

the hearing on Plaintiff's Motion for a Preliminary Injunction, which is presently set to occur before this Court on Tuesday, January 17, 2006 at 9:00a.m.

**IT IS SO ORDERED**.

Date:  January 13, 2006 /s/Scott O. Wright
SCOTT O. WRIGHT, JUDGE
UNITED STATES DISTRICT COURT