IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| H&R BLOCK EASTERN ENTERPRISES, INC., HRB ROYALTY, INC., H&R BLOCK ENTERPRISES, INC. AND H&R BLOCK AND ASSOC.,L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> INTUIT, INC., <br><br> Defendant. | Case No. 06-0039-CV-W-SOW |

ORDER

Before the Court are Intuit Inc.'s Motion to Stay, Dismiss, or Transfer Venue (Doc. # 5), Plaintiffs' Suggestions in Opposition to Defendant's Motion to Stay, Dismiss, or Transfer Venue, and Plaintiffs' Motion for New Temporary Restraining Order and Request for Preliminary Injunction (Doc. # 11). The parties have reached an agreement in this case. Accordingly, it is hereby

ORDERED that Intuit Inc.'s Motion to Stay, Dismiss, or Transfer Venue (Doc. # 5) and Plaintiffs' Motion for New Temporary Restraining Order and Request for Preliminary Injunction (Doc. # 11) are dismissed as moot.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: 1-18-06